No. 80–5404.   PANA *v.* CUYLER ET AL., *ante,* p. 961;

No. 80–5406.   JOHL *v.* PERKINS, *ante,* p. 996;

No. 80–5407.   PATTERSON *v.* MERCER ET AL., *ante,* p. 996;

No. 80–5408.   PETERS *v.* BANK OF AMERICA NATIONAL TRUST & SAVINGS ASSN. ET AL., *ante,* p. 996;

No. 80–5427.   ROBERTS *v.* McCOY ET AL., *ante,* p. 977;

No. 80–5440.   SHAO FEN CHIN, ADMINISTRATOR *v.* ST. LUKE'S HOSPITAL CENTER ET AL., *ante,* p. 988;

No. 80–5528.   CONRAD *v.* RODINO, MEMBER OF CONGRESS, ET AL., *ante,* p. 977;

No. 80–5529.   CONRAD *v.* CARTER, PRESIDENT OF THE UNITED STATES, ET AL., *ante,* p. 977; and

No. 80–5532.   MAHL *v.* BOARD OF TRUSTEES OF FIRE FIGHTERS PENSION AND RELIEF FUND FOR THE CITY OF NEW ORLEANS, *ante,* p. 1019.   Petitions for rehearing denied.

No. 80–337.   ROBERTS *v.* SEARS, ROEBUCK & Co., *ante,* p. 975.   Petition for rehearing denied.   JUSTICE STEWART took no part in the consideration or decision of this petition.

No. 79–1750.   FINGAR *v.* SEABOARD COAST LINE RAILROAD Co., *ante,* p. 887; and

No. 80–297.   HOLDING *v.* BVA CREDIT CORP. ET AL., *ante,* p. 975.   Petitions for rehearing denied.   JUSTICE POWELL took no part in the consideration or decision of these petitions.

No. 79–6562.   KULWIEC *v.* AIR LINE PILOTS ASSN., *ante,* p. 850; and

No. 79–6727.   KULWIEC *v.* UNITED AIR LINES, INC., *ante,* p. 858.   Motion for leave to file petition for rehearing denied.

JANUARY 19, 1981